UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID WHEELER, | 2:11-CV-00099-PMP-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| LUXOR SECURITY DEPARTMENT, | |
| Defendant. | |

For the reasons set forth in Defendant's Motion to Dismiss Amended Complaint with Prejudice (Doc. #8) and Defendant's Reply (Doc. #16), the Court finds Defendant's Motion to Dismiss Amended Complaint with Prejudice must be granted.

**IT IS ORDERED that** Defendant's Motion to Dismiss Amended Complaint with Prejudice (Doc. #8) is **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiff's Motion for Entry of Clerks Default (Doc. #11) is **DENIED**.

**IT IS FURTHER ORDERED that** Defendant's Motion to Strike Plaintiff's Request for Entry of Clerk's Default (Doc. #14) is **GRANTED**.

DATED: July 29, 2011.

_____
PHILIP M. PRO
United States District Judge