1

2

3

4

5                           **UNITED STATES DISTRICT COURT**

6                               **DISTRICT OF NEVADA**

7                                         * * *

8    DAVID WHEELER,                       )
                                          )        2:11-CV-00099-PMP-PAL
9             Plaintiff,                   )
                                          )
10   vs.                                  )
                                          )        **ORDER**
11   MGM INTERNATIONAL, et al.,           )
                                          )
12                                        )
              Defendants.                 )
13   _____     )

14           Before the Court for consideration is Defendants' fully briefed Motion to

15   Dismiss Plaintiff's Second Amended Complaint (Doc. #20) filed August 10, 2011.

16   For the reasons set forth in Defendants' Motion, the Court finds that Defendants'

17   Motion to Dismiss must be granted.

18           Specifically, Plaintiff's Second Amended Complaint was filed in violation

19   of Rule 15 of the Federal Rules of Civil Procedure.  Regardless, as argued by

20   Defendants in its Motion to Dismiss, Plaintiff's Second Amended Complaint

21   essentially mirrors Plaintiff's First Amended Complaint which has already been

22   dismissed by this Court with prejudice.  Additionally, Plaintiff's Second Amended

23   Complaint must be dismissed because Plaintiff has failed to exhaust his

24   administrative remedies before the EEOC.  Finally, as noted in Defendants' Reply

25   Memorandum (Doc. #23), Plaintiff's § 1983 Claim fails because he has not alleged

26   state action; Plaintiff's discrimination/harassment claim must be dismissed because

Plaintiff's Texas origin is not a "protective class"; and Plaintiff's retaliation claim must be dismissed because he has failed to oppose Defendants' Motion for Dismissal.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. #20) is **GRANTED** and that Plaintiff's Second Amended Complaint (Doc. #17) is hereby dismissed with prejudice.

DATED: September 7, 2011.

PHILIP M. PRO
United States District Judge